JS-6

1

2

3

4

5

6

7

8

**UNITED STATES DISTRICT COURT**

9

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

10

11 | DYLAN BOEDDEKER, on behalf of himself and all others similarly situated,

Case No. CV 14-3115-GW(CWx)

12 | Plaintiff,

Assigned to the Honorable
George H. Wu

13

14 | v.

**ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

15 | U-HAUL INTERNATIONAL, INC. and DOES 1 through 10,

16

17 | Defendants.

18

19      Pursuant to the Joint Stipulation of Dismissal with Prejudice, and for good cause

20 shown, the Court hereby orders the action to be dismissed with prejudice. Each party

21 shall bear its own costs and fees.

22

23 DATED: March 14, 2016      _____

24      HON. GEORGE H. WU
     United States District Judge

25

26

27

28

1      [PROPOSED] ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE